IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | 4:12-CR-023-RLV |
| | : | |
| JOSEPH MONROE WILSON | : | |

MOTION FOR PRETRIAL DISCLOSURE OF EVIDENCE OF
INDEPENDENT AND SEPARATE OFFENSES, WRONGS, OR ACTS

Comes now JOSEPH MONROE WILSON, by his counsel, and moves the Court to order the Government to disclose prior to trial all evidence of independent and separate offenses, wrongs, or acts which the prosecution may attempt to introduce at trial to show motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident regarding the Defendant's actions or conduct.

This request is aimed at all crimes, wrongs, or acts not enumerated in the indictment of which the Government has knowledge. Defendant relies on Federal Rule of Evidence 404(b) as authority for said request.

WHEREFORE, the Defendant prays that this motion be granted and disclosure be ordered immediately.

*Mark V. Spix*
Mark V. Spix
Ga. Bar No. 672750

Adrian Lowell Building
3975 Roswell Road
Atlanta, Georgia  30342
404-266-0000
spix@bellsouth.net

           *Howard J. Manchel*
           Howard J. Manchel
           Ga. Bar No. 468550

729 Piedmont Avenue, NE
Atlanta, Ga.  30308
404-522-1701


## Certificate of Service

I hereby certify that on August 27, 2012, I electronically filed "MOTION FOR PRETRIAL DISCLOSURE OF EVIDENCE OF INDEPENDENT AND SEPARATE OFFENSES, WRONGS, OR ACTS" using the CM/ECF system which will automatically send email notification of such filing to opposing counsel:  Jill Steinberg, AUSA, 6th Floor, Richard Russell Building, 75 Spring Street, SW, Atlanta, Georgia, 30303 and all other attorneys of record.

           *Howard J. Manchel*
           Howard J. Manchel