IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | 4:12-CR-23-01-RLV |
| JOSEPH MONROE WILSON, | |
| Defendant. | |

## ORDER MODIFYING THE CONDITIONS OF JOSEPH MONROE WILSON'S PRETRIAL RELEASE

Defendant Wilson seeks to modify the conditions of his pretrial release. U.S. Pretrial Services Officer David Ross believes the request of Mr. Wilson can be accommodated as long as adult supervision is present when Defendant and minor family members are together.

Therefore, it is hereby ordered that the conditions of Mr. Wilson's pretrial release be amended to allow his family, including his 10 nephews and nieces, to visit with him on weekends with the condition that there always be another adult present when Defendant and children are in the same room.

AO 72A
(Rev.8/82)

Moreover, U.S. Pretrial Officer David Ross under this order shall be able to permit a weekday visit between family members and the Defendant under the same conditions.

**SO ORDERED,** this 6th day of February, 2013.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE