FILED IN CHAMBERS
U.S.D.C. - Rome
APR 26 2013
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA

v.

JOSEPH MONROE WILSON,

    Defendant.

CRIMINAL ACTION
NO. 4:12-CR-00023-WEJ

O R D E R

After carefully considering the non-final reports and recommendations of Magistrate Judge Walter E. Johnson dated November 28, 2012, and March 25, 2013, the court receives these reports and recommendations with approval and adopts them as the opinions and orders of this court [Doc. Nos. 41 & 61]. In adopting these two reports and recommendations, the court considered and rejected the defendant's November 19, 2013 and April 8, 2013 objections. Additionally, the court reviewed and considered the transcript of the January 29, 2013 hearing conducted before Magistrate Judge Walter E. Johnson. Therefore, the court GRANTS the defendant's motion to supplement his March 25, 2013 objections to the magistrate's report and recommendation [Doc. No. 66].

SO ORDERED, this 26th day of April, 2013.

_____
ROBERT L. VINING, JR.
Senior United States District Judge